**Order entered November 23, 2022**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-22-00938-CV**

**IN RE: JAMES ALAN BARNES, ET AL**

**On Appeal from the 44th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-16-15204**

**ORDER**
Before Justices Molberg, Pedersen, III, and Garcia

Based on the Court's opinion of this date, we **CONDITIONALLY GRANT** relators' petition for writ of mandamus. We **ORDER** the trial court to issue forthwith a written ruling vacating its September 20, 2022 Orders Denying Plaintiffs' Motion to Quash Depositions on Written Questions to Thelma Lopez-Lira, M.D., Burton A. Kittay, Rani Pediatrics, and Bowen Counselling Solutions, PLLC—which together denied Relators' motions to quash and ordered disclosure of the health records of Relators E.B. and Mirtha Barnes to Real Party in Interest Richardson Motorsports, LLC (RPI), a defendant in the proceedings below. We also **VACATE** the portion of our September 23, 2022 order that granted Relators'

Emergency Motion for Temporary Stay of Proceedings to the extent the motion sought a stay of the trial court's September 22, 2022 orders referenced above. We further **ORDER** the trial court to file with this Court, within ten days of the Court's opinion and order of this date, a certified copy of its order or orders evidencing such compliance. Should the trial court fail to comply with this order, the writ will issue.

/s/    KEN MOLBERG
JUSTICE